IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM C. LIGETTI and MARK THOMAS, on )
behalf of the TRUSTEES OF THE IRON )
WORKERS WELFARE PLAN OF WESTERN )
PENNSYLVANIA, IRON WORKERS OF )
WESTERN PENNSYLVANIA PENSION PLAN )
AND THE IRON WORKERS OF WESTERN )
PENNSYLVANIA PROFIT SHARING PLAN and )
as agents for THE IRONWORKER EMPLOYERS )
ASSOCIATION OF WESTERN PENNSYLVANIA, )
INC., THE INTERNATIONAL ASSOCIATION OF )
BRIDGE, STRUCTURAL AND ORNAMENTAL )
IRON WORKERS, LOCAL UNION NO. 3, AFL-CIO )
)
    Plaintiffs, )
)
vs. ) Civil Action No. 09-0153
)
QUALITY SHEET METAL ERECTION, INC., )
)
    Defendant. )

## ORDER OF COURT

AND NOW, this 3rd day of Dec_____, 2009, after consideration of Plaintiff's Motion to Compel Attendance at Deposition in Aid of Execution, it is hereby ORDERED, ADJUDGED and DECREED that Timothy Bongiorni, principal of Defendant, Quality Sheet Metal Erection, Inc. shall appear for a deposition in aid of execution at the office of Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, Pennsylvania 15222, on Monday, December 21, 2009 at 10:00 a.m. It is FURTHER ORDERED that the representative shall produce at the deposition all of the documents and information set forth in the Notice of Deposition served by Plaintiff's counsel on October 14, 2009.

_____
United States District Court Judge

LIT:471278-1 002845-000358