IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. LIGETTI and MARK THOMAS, on behalf of the TRUSTEES OF THE IRON WORKERS WELFARE PLAN OF WESTERN PENNSYLVANIA, IRON WORKERS OF WESTERN PENNSYLVANIA PENSION PLAN AND THE IRON WORKERS OF WESTERN PENNSYLVANIA PROFIT SHARING PLAN and as agents for THE IRONWORKER EMPLOYERS ASSOCIATION OF WESTERN PENNSYLVANIA, INC., THE INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL AND ORNAMENTAL IRON WORKERS, LOCAL UNION NO. 3, AFL-CIO<br><br>Plaintiffs,<br><br>vs.<br><br>QUALITY SHEET METAL ERECTION, INC.,<br><br>Defendant. | Civil Action No. 09-0153 |

## ORDER OF COURT

AND NOW, this 26th day of May, 2010, after consideration of Plaintiff's Motion to Compel Attendance at Deposition in Aid of Execution, it is hereby ORDERED, ADJUDGED and DECREED that Timothy Bongiorni, principal of Defendant, Quality Sheet Metal Erection, Inc. shall appear for a deposition in aid of execution at the office of Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, Pennsylvania 15222, on June 25, 2010 at 9:30 a.m. It is FURTHER ORDERED that the representative shall produce at the deposition all of the documents and information set forth in the Notice of Deposition served by Plaintiff's counsel on April 26, 2010.

_____
Chief United States District Court Judge